> **APPLICATION GRANTED.** The Court granted Mr. Delossantos Minaya's October 5, 2021 application by order dated October 6, 2021.  Unfortunately, the Court learned today upon receipt of the October 12, 2021 letter that the Court's October 6, 2021 order had not been docketed.  The Court's October 6, 2021 order is hereby modified to include Pennsylvania as an area of travel for Mr. Delossantos Minaya, for work purposes only.  As noted in the October 6, 20201 order, Mr. Delossantos Minaya's curfew may be adjusted at the discretion of Pretrial Services.  The Clerk of the Court is respectfully directed to terminate the letter motions at ECF Nos. 12 and 13.
> Dated: October 12, 2021

SO ORDERED.

_/s/ Andrew Krause_
ANDREW E. KRAUSE
United States Magistrate Judge

BY ECF
Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v Eddie Junior Delossantos Minaya,* 7:21-mj-08520

Your Honor:

      I represent Eddie Junior Delossantos Minaya in the referenced case and am writing to follow-up and clarify a request submitted last week, asking for a modification of the conditions of his release.  In my initial letter, I mistakenly stated that Mr. Delossantos Minaya was currently permitted to travel in Connecticut, the District of Columbia and New York.  In fact, his original conditions of the bond permitted travel in Connecticut, Georgia (for court appearances), and the Southern and Eastern Districts of New York (but not the District of Columbia).

      In addition, since submitting my earlier request, I learned that – in addition to Rhode Island, Massachusets and New Jersey – Mr. Delossantos Minaya's job requires that he occasionally travel through Pennsylvania.  Accordingly, I amend that request by asking – with consent of the government and the Probatio Office – that he be permitted to travel in Pennsylvania, as well as Rhode Island, Massachusetts, New Jersey (and the prior-approved areas of the SDNY, EDNY and District of Connecticut), with the hours of curfew to be set by the Probation Office.  I also note that the Mr. Mr. Delossantos Minaya's job does not include so-called "long-haul trucking."

      Finally, we ask that this Court address this request as soon as is convenient, so that he may maintain his employment.

      Respectfully submitted,

      s/s
      James E. Neuman