# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

June 1, 2022

<u>BY ECF</u>
Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v Eddie Junior Delossantos Minaya,* 7:21-mj-08520

Your Honor:

      I represent Eddie Junior Delossantos Minaya in the referenced case and am writing to request a modification of the conditions of his release.  Currently, Mr. Delossantos Minaya, who is a truck driver, is on a curfew that permits him to leave his home for work purposes between the hours of 4 a.m. and 8 p..m, and travel in the following states: Connecticut, Pennyslvania,Rhode Island, Massachusetts, New Jersey and New York (SDNY and EDNY).   (He is also permitted to travel to Georgia for purposes of attending court on an unrelated case.)    Consistent with these conditions, Mr. Delossantos Minaya has been working primarily for one employer based in Connecticut, driving a truck within those designated hours.

      In order to enable Mr. Delossantos Minaya to earn substantially more money we ask for the following changes: (1) changing the condition of "curfew" to "stand alone monitoring"; and (2) permitting him to travel, for work purposes, to the additional states of Virginia, Ohio, Maryland, West Virginia, and Illinois.  If this application is granted, Mr. Delossantos Minaya will work for a different Connecticut employer, and will periodically make overnight trips that may be termed "long-haul trucking."

      I have discussed these changes with the pretrial office and the government.  Both parties consent to these changes, provided that, when he is traveling overnight, Mr. Delossantos Minaya will notify the pretrial office of his location nightly and his expected return to his home.

Respectfully submitted,

_____s/s_____
James E. Neuman

**APPLICATION GRANTED.** The bail conditions are modified as set forth in this letter.

Dated: June 1, 2022

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge