# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 26 2022

BY ECF
Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v Eddie Junior Delossantos Minaya,* 7:21-mj-08520

Your Honor:

I represent Eddie Junior Delossantos Minaya in the referenced case and am writing to request a modification of the conditions of his release by expanding the areas in which he may travel. Currently, Mr. Delossantos Minaya, who is a truck driver, is on "stand alone monitoring" and permitted to travel, for work purposes, to: Connecticut, Pennyslvania, Rhode Island, Massachusetts, New Jersey, New York (SDNY and EDNY), Virginia, Ohio, Maryland, West Virginia, and Illinois. In order to earn money by driving additional routes, Mr. Delossantos Minaya asks that his permissible travel be extended to the following states: Georgia, North Carolina, South Carolina, Delaware, Tennessee, Missouri, Minnesota, and Wisconsin.

I have discussed these changes with the pretrial office and the government. Both parties consent to this application.

Respectfully submitted,

_____s/s_____
James E. Neuman

**APPLICATION GRANTED.**

Dated: July 26, 2022

SO ORDERED.

*Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge